HERMAN B. BARTELS, Respondent, *v.* BENEDICKT FISCHER et al., Appellants.

*Bartels* v. *Fischer*, 11 Misc. Rep. 460, affirmed.
(Submitted April 27, 1899; decided June 6, 1899.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered March 4, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*H. Huffman Browne* for appellants.

*Robert Goeller* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

MARY E. HINDMAN et al., Appellants, *v.* ELLEN F. HAURAND et al., Respondents.

*Hindman* v. *Haurand*, 2 App. Div. 146, affirmed.
(Argued April 27, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1896, upon an order affirming a judgment entered upon a decision of the court on trial at Special Term.

*Herman Aaron* for appellants.

*J. Newton Fiero* and *A. N. Weller* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur.